IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MOHAMMED TARIQ,<br><br>   *Defendant*. | Case No. 1:21-mj-319 |

## UNITED STATES' MOTION TO DISMISS

The United States, through its undersigned counsel, respectfully moves the Court to dismiss this matter without prejudice. In support, the United States submits the following:

1. Yesterday, the Grand Jury returned an indictment in Case No. 1:21-cr-225, charging the defendant with a felony offense for the same conduct at issue in this case.

2. Counsel for the defendant does not object to the proposed motion to dismiss without prejudice.

Based on the foregoing, the United States respectfully requests that the Court dismiss this matter without prejudice.

                Respectfully Submitted,

                Jessica D. Aber
                United States Attorney

     By:       /s/
                Marc J. Birnbaum
                Assistant United States Attorney
                United States Attorney's Office
                Eastern District of Virginia
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Phone: (703) 299-3700
                Email: marc.birnbaum@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of that electronic filing (NEF) to defense counsel.

By: _____/s/_____
Marc J. Birnbaum
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Email: marc.birnbaum@usdoj.gov